UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| STANLEY J. PLOCKER, | ) |
| Plaintiff, | ) |
| v. | ) No. 4:15CV702 SNLJ |
| FARMERS INS. CO., INC., | ) |
| Defendant, | ) |

## MEMORANDUM AND ORDER

Plaintiff filed this lawsuit against defendant Farmers Insurance Company to obtain underinsured motorist coverage following an automobile accident with an at-fault driver of another car. Plaintiff has recently discovered that a driver of another vehicle involved in the accident may also be at-fault, and plaintiff contends that the second driver may have some liability for plaintiff's injuries. Defendant consents to the addition of the second driver as a defendant to this case. However, the defendant is a Missouri citizen and destroys this Court's subject matter jurisdiction. As a result, this case must be remanded to the Circuit Court for the City of St. Louis, Missouri.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for leave to file amended complaint joining and indispensable party and to remand is **GRANTED.**

Dated this  9th  day of November, 2015.

_____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE